# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

148149

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 148149
                              COA: 313803
                              Genesee CC: 88-038919-FC

ROBERT LOVE, JR.,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



h0924

Clerk